NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE PEREZ VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DR ANICETTE, et al.,<br>Defendants. | Civil Action No.: 14-1044 (JLL)(JAD)<br><br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's January 20, 2015 Report and Recommendation [Docket Entry No. 15], recommending that the undersigned dismiss Plaintiff's Complaint [Docket Entry No. 1] without prejudice for failure to prosecute. Magistrate Judge Dickson filed his Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). In particular, Magistrate Judge Dickson recommended that Plaintiff's Complaint be dismissed, without prejudice, because Plaintiffs conduct has made it impossible to adjudicate his Complaint. Specifically, Plaintiff's failure to provide the Court with his current address is in violation of Local Civil Rule 10.1 which states, "[c]ounsel and/or unrepresented parties must advise Court of any change in their or their client's address within seven days of being apprised of change by filing a notice of said change with the Clerk. Failure to file a notice of address change may result in the imposition of sanctions by the Court." Judge Dickson noted that Plaintiff has not contacted the Court since the filing of his Complaint and Plaintiff has failed to establish good cause sufficient to justify prosecution of this case. To date, the Court has received no objections with respect to Magistrate Judge Dickson's January 20, 2015 Report and Recommendation, and for good cause shown,

IT IS on this _16_ day of **February**, **2015**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on January 20, 2015 [Docket Entry No. 15], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Complaint [Docket Entry No. 1] is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge